UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 10, 2001

MEMORANDUM TO COUNSEL RE:     Patricia Lee Madden v.
                              Lawrence F. Markovci
                              Civil #L-00-3789

Dear Counsel:

The Clerk's Office contacted me because counsel, despite several telephone calls, has failed to pay the filing fee. This case was filed on December 10, 2000. The fee must be paid before service can be effected. The fee should be paid by January 22nd; if not, the Clerk is directed to dismiss the case without prejudice.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file

**ATTACHMENT A**

## *MEMORANDUM*

TO:        Judge __Legg__                          DATE: 01|03|01

REPLY TO:  __Nadine Mercer__        , Civil Intake Section

SUBJECT:   Insufficient Filing Fee - Case No: __L00-3789__

---

    This case was accepted for filing on __12|18|00__
A filing fee of $ __0.00__ was paid. Counsel has been advised that service will be withheld until balance of the fee has been received.

APPROVED: _____
                             Judge

DATE: _____

*I have called several times re fee. To date counsel has not sent in response filing fee.*

*Mercer*
*ext 3240*

Effective 5/2/97

3