IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA MADDEN                             *

    Plaintiff                                  *

                                                *

v.                                           CASE NO.: L00-3789

LAWRENCE F. MARKOVCI                         *

    Defendants                                 *

### ORDER

After consideration of the foregoing Motion to Dismiss and Reply thereto, it is HEREBY ORDERED, this 20TH day of March 2001, that the within case be and the same hereby is dismissed **WITHOUT PREJUDICE.** The Clerk is to close the case.

_____
UNITED STATES DISTRICT JUDGE

MICROFILMED
MAR 21